**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Emisphere Technologies, Inc. Securities Litigation | Civil Action No. 23-20898 (SDW) (AME)<br><br>**ORDER**<br><br>September 30, 2025 |

**WIGENTON**, District Judge.

This matter, having come before this Court on a motion (D.E. 72) filed by Defendants to dismiss Lead Plaintiffs' Second Amended Complaint (D.E. 67) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated September 30, 2025,

**IT IS** on this 30th day of September 2025,

**ORDERED** that Defendants' Motion is **GRANTED**, and the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        André M. Espinosa, U.S.M.J.