# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-3140

Hilary Shane, et al v. Emisphere Technologies Inc, et al

(U.S. District Court No.: 2:23-cv-20898)

# ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 18, 2026

kr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate